# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
x: (212) 571-0392

*Tamara L. Giwa*
Executive Director

nifer L. Brown
*torney-in-Charge*

---

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 08/23/2024

The status conference scheduled for August 27, 2024 is hereby adjourned to October 10, 2024 at 10:00 a.m. The adjournment is necessary to permit the parties to complete their discussions related to a pretrial resolution of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 27, 2024 and October 10, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

BY ECF
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v Jeremiah Gilliam**,
24 Cr. 403 (VSB) and 21 Cr. 18 (VSB)

Dear Judge Broderick:

I write, with the consent of the Government, to request an adjournment of the conference in the above captioned matters currently scheduled for August 27, 2024. Additional time is required to allow the parties to engage in discussions regarding a pretrial resolution. Therefore, I respectfully request an adjournment of the conference of approximately 30 days.

Mr. Gilliam consents to the exclusion of time pursuant the Speedy Trial Act.

Sincerely,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Assistance Federal Defender
O: 212-417-8728
C: 917-612-3274

Cc: AUSA William Stone