# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

BY ECF
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 2/28/2025
The defense sentencing submission deadline is adjourned to Tuesday, March 5, 2025, and the Government deadline to Tuesday, March 12, 2025.

Re:   **United States v Jeremiah Gilliam**,
24 Cr. 403 (VSB)

Dear Judge Broderick:

I write, with the consent of the Government, to request a short adjournment of the sentencing submission filing deadline of today's date. This adjournment is requested because there is a delay in the disclosure of the final Presentence Report ("PSR"). I am informed that the PSR is completed and awaiting supervisor approval and that the expectation is that it will be filed sometime today. Mr. Gilliam is not seeking an adjournment of the sentencing hearing scheduled for March 14, 2024, but requests an opportunity to review the final PSR prior to submitting his sentencing submission.

Therefore, I respectfully request that the Court adjourn the defense sentencing submission deadline to Tuesday, March 5, 2025, and the Government deadline to Tuesday, March 12, 2025.

Sincerely,

/s/ Amy Gallicchio

_____

Amy Gallicchio, Esq.
Assistance Federal Defender
O:  212-417-8728
C:  917-612-3274

Cc: AUSA William Stone