UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:

    UNITED STATES OF AMERICA          :    **FINAL ORDER OF**

                                      :    **FORFEITURE**

            -v.-                  :

                                        :    24 Cr. 403 (VSB)

    JEREMIAH GILLIAM,              :

             Defendant.          :

:

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about September 16, 2025, this Court entered an Amended Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 24), with respect to JEREMIAH GILLIAM (the "Defendant") forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

    a.  One 9mm Luger firearm seized by the Government on or about January 16, 2024;

    b.  Ninety-eight rounds of 9mm Luger ammunition seized by the Government on or about January 19, 2024;

    c.  One extended magazine containing twenty rounds of 9mm ammunition seized by the Government on or about January 19, 2024;

    d.  25 rounds of 9mm Luger ammunition seized by the Government from the Defendant on or about January 19, 2024;

    e.  1 9mm Taurus Magazine seized by the Government from the Defendant on or about January 19, 2024; and

    f.  1 Ruger Magazine containing ten 9 mm rounds seized by the Government from the Defendant on or about January 19, 2024

(a. through f., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 9, 2025, for thirty (30) consecutive days, through November 7, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 5, 2026 (D.E. 28);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property has been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.    The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

The Clerk of Court is requested to terminate the motion at Document 29.

Dated: New York, New York
    February 10 , 2026

SO ORDERED:

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

3